# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN
# GREEN BAY DIVISION

---

AMANDA C. DOTY, CATHERINE A. KREGER, THOMAS L. RIEHLE, PAUL R. NEUBERT, KELLY B. BETOW, BRUCE M. LONG, GEORGE J. ZETTLER, KAREN K. ZEITLER, MICHAEL J. ROSENBERG AND BRENDA J. CHAMBERS on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

REV-1 SOLUTIONS, LLC, an Indiana Limited Liability Corporation; and, JOHN AND JANE DOES NUMBERS 1 THROUGH 25,

Defendants.

Case No.: 1:17-cv-01723-WCG

---

## MOTION FOR LEAVE TO WITHDRAW

The law firm of Hinshaw & Culbertson, LLP and its attorney David M. Schultz and Jennifer W. Weller move for leave to withdraw as counsel for Rev-1 Solutions, LLC and in support thereof states as follows

1. On March 28, 2018 Hinshaw & Culbertson, LLP and its attorneys David M. Schultz and Jennifer W. Weller were discharged as counsel of record for Rev-1 Solutions, LLC.

2. Therefore Hinshaw & Culbertson, LLP and its attorneys David M. Schultz and Jennifer W. Weller seek leave to withdraw their appearances in this matter.

3. A draft order granting the requested relief is attached hereto.

WHEREFORE David M. Schultz, Jennifer W. Weller and the law firm of Hinshaw & Culbertson LLP respectfully request that they be granted leave to withdraw as counsel for Defendant, Rev-1 Solutions, LLC, without any further duties and responsibilities in this matter.

Dated: April 4, 2018                                  Respectfully submitted,

                                                      HINSHAW & CULBERTSON LLP

                                                      /s/ Jennifer W. Weller
                                                      David M. Schultz – ARDC 6197596
                                                      Jennifer W. Weller - ARDC 6270826
                                                      222 North LaSalle Street, Suite 300
                                                      Chicago, IL 60601-1081
                                                      Phone No. 312-704-3000
                                                      Fax No. 312-704-3001
                                                      Email: jweller@hinshawlaw.com


## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2018, I electronically filed with the Clerk of the U.S. District Court, the foregoing **Motion for Leave to Withdraw** by using the CM/ECF system, which will send notification of such filing(s) to all counsel of record listed below:

| | |
|---|---|
| Daniel A. Edelman | Philip D. Stern |
| Francis R. Green | Andrew T. Thomasson |
| Edelman, Combs, Latturner & Goodwin, LLC | Heather B. Jones |
| 20 S. Clark Street, Suite 1500 | Stern-Thomasson LLP |
| Chicago, IL 60603 | 150 Morris Avenue, 2nd Floor |
| Email: dedelman@edcombs.com | Springfield, NJ 07081-1315 |
| fgreene@edcombs.com | Email: philip@sternthomasson.com |
| | andrew@sternthomasson.com |
| | heather@sternthomasson.com |

                                                      /s/ Jennifer W. Weller